**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

```
RONALD TIMOTHY PHIPPS,        :    BIVENS
      Plaintiff,              :    28 U.S.C. § 1331
                              :
      v.                      :    CIVIL ACTION NO.
                              :    1:05-CV-1020-JOF
G. MALDONADO, JR.,            :
      Defendant.              :
```

**ORDER**

On June 16, 2005, this Court entered an Order instructing Plaintiff to: (1) submit the initial filing fee of $250.00 or execute and return a financial affidavit seeking leave to proceed in forma pauperis; and (2) amend his complaint to provide the Court with a sufficient allegation that he has exhausted administrative remedies. Plaintiff was ordered to do so within thirty days or risk dismissal of the instant action.

On August 12, 2005, Plaintiff submitted a letter to the Court indicating that his address had changed as of July 13, 2005, and it is not clear whether Plaintiff received this Court's June 16, 2005 Order. Plaintiff, therefore, shall have thirty days from the date of this Order to comply with the instructions contained in this Court's Order dated June 16, 2005.

Accordingly, the Clerk of Court is **DIRECTED** to send a

copy of this Court's June 16, 2005 Order, the appropriate financial affidavit to Plaintiff together with a copy of this Order.  Plaintiff is admonished that failure to submit those items conforming to this Court's previous instructions may result in dismissal of this action pursuant to Local Rule 41.3, N.D. Ga.

The Clerk is further **DIRECTED** to resubmit this action to the undersigned District Judge at the expiration of the aforementioned time period.

**IT IS SO ORDERED**, this 12th day of December 2005.


    s/ J. Owen Forrester
    J. OWEN FORRESTER
    SENIOR UNITED STATES DISTRICT JUDGE